# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-3549

**Jack Hammonds,**

Appellant

v.

**Hartford Fire Insurance Company,**

Appellee

_____

Appeal from U.S. District Court for the District of South Dakota
(5:04-cv-05055-RHB)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of

the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the

district court in this cause is affirmed in accordance with the opinion of this Court.


September 07, 2007



Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans